FILED SEP - 4 1998
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 98-503 |
| v. | |
| Edison Narvaez | ORDER OF CONTRIBUTION FOR ATTORNEY'S FEES |
| DEFENDANT(S). | |

On __9/4/98__, defendant __Edison Narvaez__ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that funds are available for contribution of funds towards attorney's fees.

IT IS HEREBY ORDERED:

☐ __Ann Beuch__ is appointed as counsel subject to this order of contribution.

☐ Funds ~~in the amount of~~ $ __over $1,000.00__ shall be paid by the defendant to the Clerk's Office, Fiscal Section as follows:

This order is subject to reconsideration by the Court. The defendant was advised that he/she may be required to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

Dated: __9.4.98__

_____
United States District Judge/Magistrate Judge

cc: All counsel of record
    Clerk's Office, Fiscal Section

CV-90 (01/96)     ORDER OF CONTRIBUTION FOR ATTORNEY'S FEES